RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel Lazo@fd.org

Attorney for Cristian Omar Valencia-Gomez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

CRISTIAN OMAR VALENCIA-GOMEZ,

Defendant.

Case No. 2:26-cr-00185-GMN-DJA-1

**STIPULATION TO CONTINUE PLEA AND SENTENCING HEARING**
(First Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Attorney General of the United States, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Cristian Omar Valencia-Gomez, that the Plea and Sentencing Hearing currently scheduled on December 8, 2026, at 10:00 a.m., be vacated and continued to February 2, 2027 at 11:00 a.m.

The Stipulation is entered into for the following reasons:

1. Probation will be in training on the currently scheduled hearing date.

2. Mr. Valencia has family that would like to attend the hearing, and the current date conflicts with their schedule.

3. Additionally, defense counsel requires additional time to request and obtain mitigation documents.

4. The defendant is incarcerated and does not object to the continuance.

5. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 13th day of November 2026.

RENE L. VALLADARES
Federal Public Defender

*/s/ Raquel Lazo*
By______________________________
RAQUEL LAZO
Assistant Federal Public Defender

TODD BLANCHE
Attorney General of the United States

*/s/ Clay Plummer*
By______________________________
CLAY PLUMMER
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

CRISTIAN OMAR VALENCIA-GOMEZ,

Defendant.

Case No. 2:26-cr-00185-GMN-DJA-1

**ORDER**

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, December 8, 2026, at 11:00 a.m., be vacated and continued to February 2, 2027 at 11:00 a.m.

DATED this 16 day of November 2026.

________________________________

UNITED STATES DISTRICT JUDGE